UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

TONY J. URTEAGO,

     Plaintiff,

v.                                                          No. 6:20-CV-019-H-BU

BRIDGESTONE AMERICAS INC.

     Defendant.

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge John R. Parker made Findings, Conclusions, and a Recommendation (FCR) in this case on December 16, 2020. *See* Dkt. No. 15. Judge Parker recommended that the Court grant the defendant's Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6) (Dkt. No. 6) and dismiss plaintiff's claims as barred by res judicata. No objections to the FCR were filed. The District Court has therefore reviewed the proposed FCR for clear error. Finding none, the Court accepts and adopts the FCR of the United States Magistrate Judge. Bridgestone Americas Inc.'s motion to dismiss is granted based on res judicata grounds, and all plaintiff's claims against Bridgestone are dismissed with prejudice.

So ordered on January 13, 2021.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE